**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | | |
|---|---|---|---|
| **Honorable** | A. Benjamin Goldgar | **Hearing Date** | September 8, 2021 |
| **Bankruptcy Case** | No. 21 B 10365 | **Adversary** | |

**Brief Statement of Motion**

Streamline Express, Inc.

Order setting Subchapter V status conference

**Names and Addresses of moving counsel**

**Representing**

# ORDER

This case is set for a status conference on October 25, 2021, at 10:00 a.m. 11 U.S.C. § 1188(a). The status conference will be held using Zoom for Government. The meeting ID and passcode can be found here: https://www.ilnb.uscourts.gov/content/chief-judge-benjamin-goldgar

The debtor's report under 11 U.S.C. § 1188(c) is due on or before October 11, 2021.

*/s/ A. Benjamin Goldgar*