UNITED STATES BANKRUPTCY COURT
Northern District of Illinois Eastern Division

In re:
   Streamline Express, Inc.,
      Debtor(s).

Case No.: 21-10365
Chapter: 11

## CERTIFICATE OF SERVICE

I, Tinamarie Feil, state as follows:

I am over the age of 18 and not a party to the above-captioned case. I certify that on September 8, 2021 as directed by U.S. Trustee's Office, true and correct copy(s) of the following document(s) were served on the party(s) listed on the attached exhibit(s) via the mode(s) of service thereon indicated:

| |
|---|
| Notice Meeting of Creditors to be Conducted Telephonically Filed by U.S. Trustee Patrick S Layng. (Sukley, Roman) (Entered: 09/08/2021) |

I certify under penalty of perjury under the laws of the United States that the foregoing is true and correct.
September 8, 2021

Tinamarie Feil
BMC Group, Inc.
Approved Bankruptcy Notice Provider
3732 W 120th Street
Hawthorne, CA 90250
info@bmcgroup.com
888.909.0100

**Exhibit A - Certificate of Service**
**Streamline Express, Inc. 21-10365**

| List ID | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 481 | Alexandra Smirnovas , 6435 S Quincy St., Willowbrook, IL, 60527-5330 | First Class |
| 481 | Alexandras Smirnovas , 6435 S Quincy St., Willowbrook, IL, 60527-5330 | First Class |
| 481 | Amex , Correspondence/Bankruptcy, Po Box 981540, El Paso, TX, 79998-1540 | First Class |
| 481 | Bank Of America , 4909 Savarese Circle, Fl1-908-01-50, Tampa, FL, 33634-2413 | First Class |
| 481 | Continental Bank , 15 W S Temple # 300, Salt Lake City, UT, 84101-1542 | First Class |
| 481 | David Freydin , Law Offices of David Freydin Ltd, 8707 Skokie Blvd, Skokie, IL, 60077-2269 | First Class |
| 481 | Department of the Treasury , Internal Revenue Service, P.O. Box 7346, Philadelphia, PA, 19101-7346 | First Class |
| 481 | Department of Transportation | None |
| 481 | Department of Treasury , Bureau of the Fiscal Service, PO BOX 830794, Birmingham, AL, 35283-0794 | First Class |
| 481 | ENGS COMMERCIAL FINANCE CO, 1 PIERCE PLACE SUITE 1100 WEST, ITASCA, IL, 60143-3149 | First Class |
| 481 | Internal Revenue Service , Mailstop 5014CHI, 230 S Dearborn St Rm. 2600, Chicago, IL, 60604-1705 | First Class |
| 481 | Neema T Varghese , NV Consulting Services, 701 Potomac, Ste 100, Naperville, IL, 60565-3422 | First Class |
| 481 | Siemens Financial , 170 Wood Avenue, Iselin, NJ, 08830-2726 | First Class |
| 481 | Siemens Financial Services, Inc. | None |
| 481 | Streamline Express, Inc. , 6435 S Quincy St., Willowbrook, IL, 60527-5330 | First Class |