# Group Exhibit B

Case: 1:19-cv-06652 Document #: 34-2 Filed: 12/23/21 Page 1 of 37 PageID #:357
Case: 1:19-cv-06652 Doc #: 34-2 Filed: 06/15/22 Page 11 of 41 PageID Desc Exhibit
Group B    Page 2 of 47

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

U.S. BANK EQUIPMENT FINANCE, a division )
of U.S. BANK NATIONAL ASSOCIATION, )    Case No.: 1:19-cv-06652
  )
  )
            Plaintiff,  )
  )
  )
ALEXONKA, INC. and  )
ALEKSANDRAS SMIRNOVAS,  )
  )
            Defendants.  )

## U.S. BANK NATIONAL ASSOCIATION'S OPPOSITION TO DEFENDANTS' MOTION TO VACATE BODY ATTACHMENT ORDER

NOW COMES Plaintiff U.S. BANK EQUIPMENT FINANCE, a division of U.S. BANK NATIONAL ASSOCIATION ("U.S. Bank"), by and through its attorneys, and for its Opposition to Defendants ALEXONKA, INC.'s ("Alexonka") and ALEKSANDRAS SMIRNOVAS's ("Smirnovas") (collectively, the "Defendants") Motion to Vacate Body Attachment Order ("Motion"), states as follows:

## INTRODUCTION

The Court issued a Writ of Body Attachment for Smirnovas, for the Defendants' failure to obey the Court's various orders. Despite the Defendants' repeated flouting of the Court's orders and refusal to comply, the Defendants audaciously request that the Court vacate the Writ of Body Attachment. For the reasons set forth below, the Court should deny Defendants' request, until the Defendants actually abide by the Court's orders.

## BACKGROUND FACTS

1. On October 8, 2019, U.S. Bank filed its Complaint against Defendants for breach of contract, breach of guaranty, replevin and detinue. See Complaint, Docket No. 1.

2.  U.S. Bank subsequently filed its Motion for Replevin and Detinue, seeking an order of detinue and an order of replevin against Alexonka.  <u>See</u> Docket No. 5.  On October 28, 2019, the Court entered an order of detinue ("Order of Detinue"), ordering Alexonka to return 10 trucks financed by U.S. Bank (the "Collateral") at a place and time directed by U.S. Bank, within fourteen (14) days of service of the Court's order.  <u>See</u> Order of Detinue, Docket No. 11.

3.  U.S. Bank's Complaint and Motion for Replevin and Detinue alleged that the value of the Collateral was approximately $340,000.00, depending on condition.  <u>See</u> Complaint, Paragraph 31; Motion for Replevin and Detinue, Paragraph 21.

4.  On October 29, 2019, the Order of Detinue was personally served on Smirnovas, as registered agent for Alexonka.  <u>See</u> Docket No. 12.

5.  The Collateral is identified as follows:

    One (1) 2015 Freightliner Truck, Model CA125SLP, VIN: 3AKJGLD59FSGH3251;
    One (1) 2015 Freightliner Truck, Model CA125SLP, VIN: 3AKJGLD50FSGH3252;
    One (1) 2015 Freightliner Truck, Model CA125SLP, VIN: 1FUJGLD51FLGG4040;
    One (1) 2015 Freightliner Truck, Model CASCADIA, VIN: 3AKJGLD54FSGD8133;
    One (1) 2015 Freightliner Truck, Model CASCADIA, VIN: 3AKJGLD56FSGD8134;
    One (1) 2015 Freightliner Semi Truck, Model CA125SLP, VIN: 1FUJGLD55FLGG4042;
    One (1) 2015 Freightliner Semi Truck, Model CA125SLP, VIN: 1FUJGLD59FLGG4044;
    One (1) 2015 Freightliner Semi Truck, Model CASCADIA, VIN: 3AKJGLD52FSGD8132;
    One (1) 2015 Freightliner Semi Truck, Model CA125SLP, VIN: 3AKJGLD53FSGG4092;
    One (1) 2015 Freightliner Semi Truck, Model CA125SLP, VIN: 3AKJGLD52FSGM7935.

6.  Because of Alexonka's refusal to comply with the Order of Detinue and appear before the Court, on December 4, 2019, the Court entered an Order to Show Cause and for Indirect Civil Contempt against Defendants.  <u>See</u> Docket Nos. 19, 20 and 21.  The Court further entered an order for default judgment against the Defendants, and an order of replevin against Alexonka on December 4, 2019.  <u>See</u> Docket No. 22.

7. On January 10, 2020, due to Defendants' refusal to comply with the Order of Detinue and appear at the hearings on December 16, 2019 and January 8, 2020 on the Order to Show Cause and for Indirect Civil Contempt, the Court issued a Writ of Body Attachment (the "Body Attachment") to Defendants. See Docket Nos. 26 and 27.

8. On or about February 27, 2020, Deputy Timothy Slade of the U.S. Marshals Service contacted Smirnovas by phone, to see if Smirnovas would voluntarily come in on the Body Attachment, to avoid the U.S Marshals' execution on the Body Attachment and arrest of Smirnovas. Deputy Slade reported to the undersigned counsel that he was "taken aback" by his conversation with Smirnovas, because Smirnovas was defiant, said he would not cooperate, and told Deputy Slade something to the effect of, "You'll have to come and find me, because I won't surrender."

9. Based on Smirnovas' refusal to voluntarily comply with the Body Attachment, on or about March 12, 2020, Deputy Slade, five deputies from the U.S. Marshals Service and three members of the local police department went to Smirnovas' house to execute on the Body Attachment.

10. Smirnovas was not present in the house, but his wife and two children were home. Smirnovas' wife advised that: Smirnovas was out of the country; that they were separated; that she does not contact Smirnovas; and that Smirnovas contacts her whenever he wants (despite that they have two children together). Once the U.S. Marshals confirmed that Smirnovas was not physically present in the home, the U.S. Marshals left the premises.

11. Deputy Slade advised the undersigned counsel that, ten minutes after the U.S. Marshals left Smirnovas' home, Smirnovas called Deputy Slade, swearing at him and berating him for going to Smirnovas' home to execute on the Body Attachment. Based on Smirnovas'

behavior during the conversation, Deputy Slade commented to the undersigned counsel that Smirnovas appears "to have no respect for the law."

12. On or about March 12, 2020, the undersigned counsel received a phone call from Elorm Y. Blake, Supervisory Deputy at the U.S. Marshals Service.  Ms. Blake indicated that, based on Smirnovas' behavior and threatening language on the phone to Deputy Slade, the U.S. Marshals would need to take special precautions when executing on the Body Attachment, to ensure the deputies' safety when arresting Smirnovas.  The U.S. Marshals planned to execute on the Body Attachment once Smirnovas returned to the country.

13. Because of the subsequent COVID-19 pandemic, and because Smirnovas was out of the country, the U.S. Marshals were unable to execute on the Body Attachment over the next few months.

14. On May 5, 2020, attorney Abraham Brustein contacted the undersigned counsel via letter on behalf of the Defendants, indicating that the Defendants were finally willing to obey the Court's entered orders and surrender the Collateral.  The undersigned counsel called Mr. Brustein the same day, to coordinate the Defendants' return of the Collateral to U.S. Bank.

15. Smirnovas apparently began contacting U.S. Bank's repossession agent, Edward Castagna at InPlaceAuction LLC and his associate Sonny Datoli, shortly thereafter, to coordinate return of the Collateral, and was set to return some of the trucks on May 12, 2020.

16. At approximately 4:00 am on May 12, 2020 – just hours before the Defendants were to turn over the Collateral – a mysterious fire broke out at the lot that stored some of the Collateral, destroying two of U.S. Bank's trucks.  See Email from Defendants' counsel dated May 12, 2020, attached hereto as Exhibit 1.

17. The two trucks burned by the fire had VINs ending in 4040 and 4092.  Photos of the destroyed truck with a VIN ending in 4092 are attached hereto as Exhibit 2.

18. Despite the Defendants' obligation to insure the Collateral pursuant to the terms of the contracts with U.S. Bank, the Collateral was uninsured.  See Email from Defendants' counsel dated May 14, 2020, attached hereto as Exhibit 3.

19. Over the course of the next several weeks, and after much follow up from U.S. Bank's repossession agent InPlaceAuction LLC, Smirnovas ***eventually returned just four trucks*** to U.S. Bank with VINs ending in 8133, 3251, 3252, and 4044, with the help of Smirnovas' employees.

20. However, Mr. Castagna of InPlaceAuction LLC advised the undersigned counsel that the four returned trucks are badly stripped, such that they are worth a fraction of their actual, anticipated value.  For instance, for the truck with VIN ending in 3252: the original cab of the truck was replaced with a junk cab; the original transmission was switched with an inferior model; and the truck is missing its hood, wheels and most of its parts.  Photos of the truck with a VIN ending in 3252 are attached hereto as Exhibit 4.

21. The Defendants' counsel advised the undersigned counsel that one of the trucks was allegedly abandoned by its driver in Virginia, and provided the last known address of the vehicle in Virginia. See Exhibit F to the Defendants' Motion.

22. InPlaceAuction LLC tracked the last known location for the truck to Cleo Husky's Body Shop in Hayes, Virginia; however, the body shop indicated that the truck was never located at that shop.  As such, U.S. Bank has no information to track down that truck.

23. ***To date, the Defendants have failed to return four trucks with VINs ending in 8134, 4042, 8132 and 7935 to U.S. Bank***.

## ARGUMENT

The Defendants complain that Smirnovas may be detained upon re-entry into the United States because of the outstanding Body Attachment, which poses a risk of Smirnovas being infected with COVID-19 and a potential delay in him being released from jail. The Defendants argue that Smirnovas can "more effectively and efficiently" comply with the Defendants' obligations under this Court's orders if Smirnovas can return to the U.S. and "not be detained and incarcerated upon his entry."

Smirnovas' situation is a crisis of his own making. Smirnovas chose to deliberately disobey the Court's numerous orders, and rebuff the U.S. Marshals, for months, yet now expects the Court to vacate the Body Attachment simply because Smirnovas wants to return to the United States. Smirovas' conduct is the definition of chutzpah.

As to Smirnovas' fear of arrest and catching COVID-19, a simple solution exists, one that has been obvious for months – he should comply with this Court's orders and return all of the Collateral to U.S. Bank **and** explain under oath how and when he stripped the trucks. Smirnovas has control over the trucks and his employees, and can easily direct his employees to comply with the Court's orders, as evidenced by Defendants' return of some of the trucks. However, short of Defendants' actual compliance and cooperation, the Court should **not** vacate the Body Attachment.

Courts agree that, when a court issues a body attachment for civil contempt, the body attachment should not be vacated unless the contemptor actually complies with the court's order. See N.L.R.B. v. HH3 Trucking, Inc., 2013 WL 828349 (7th Cir. 2013) (Seventh Circuit issued second writ of body attachment to respondents; respondents arrested and taken into custody, but subsequently released to house arrest to assist their counsel in complying with the court's judgment and contempt orders – see Exhibit 5 hereto); Achors v. FCA US, LLC, 2017 WL 9531998 (S.D.

Ind. Oct. 19, 2017) (court issued body attachment when third party deponent Dean failed to appear for subpoenaed deposition and show cause hearing; court subsequently discharged the show cause order and writ of body attachment once Dean complied with subpoena and sat for deposition – see Exhibit 6 hereto); <u>Greater St. Louis Const. Laborers Welfare Fund v. Marshall Contracting, LLC</u>, 2012 WL 4759772, *1 (E.D. Mo. Oct. 5, 2012) ("Appropriate sanctions include monetary fines and the issuance of a writ of body attachment for incarceration *until the contempt is purged*.") (emphasis added); <u>In re Marriage of Brass</u>, 2013 WL 1790992, ¶ 12 (Ill. App. Ct. Apr. 25, 2013) ("Adam failed to appear in court on August 19, 2012, and on August 20, 2012, the court entered a body attachment order against Adam. The order was vacated later that day and Adam was released from incarceration *after he tendered the required check*.") (emphasis added).

Undisputedly, the Defendants have refused to comply with this Court's orders.  The Defendants have failed to return four of the ten trucks (those ending in VINs 8134, 4042, 8132 and 7935) to U.S. Bank.  The four trucks returned to U.S. Bank (those ending in VINs 8133, 3251, 3252, and 4044) are so badly stripped that they have little value.  Two of the trucks were burned to a crisp the morning the Defendants were supposed to return the same to U.S. Bank (those ending in VINs 4040 and 4092); because the Defendants failed to comply with their contractual obligation to insure the trucks, U.S. Bank cannot be compensated for those losses.  U.S. Bank sought to enforce the Order of Detinue because the Collateral had significant value – $340,000.00 if in ordinary condition.  Instead, the six trucks "returned" to U.S. Bank are either stripped or completely destroyed; U.S. Bank can only venture a guess as to the condition of the four trucks that Defendants have failed to return.

To be clear, U.S. Bank denies that returning destroyed collateral is in compliance with the Court's Order of Detinue, as the destruction occurred after the entry of the Court's order.

Case 1:10-cv-00633-DCN Doc #: 33-2 Filed: 12/23/11 1 of 41. PageID #: 354
Case 1:10-cv-00633-DCN Doc #: 33-2 Filed: 12/23/11 1 of 41. PageID #: Exhibit
Group B    Page 9 of 47

Accordingly, Smirnovas should be required to explain the circumstances under which the trucks have been stripped, lost and/or destroyed *before* the Court vacates the Body Attachment.

Because the Defendants have failed to obey the Order of Detinue and this Court's subsequent orders, U.S. Bank respectfully requests that the Court: (a) deny Defendants' Motion and decline vacating the Body Attachment, until Defendants actually comply; and (b) enter an order requiring the Defendants to appear before the Court (whether by telephone, videoconference or otherwise) to explain: (i) *who* stripped the trucks (*i.e.*, the individuals and/or entity); (ii) *when* the trucks were stripped (before or after the entry of the Order of Detinue); (iii) *to whom* the truck parts were sold; and (iv) if not sold, *where* the parts are currently.

The last month has been the only time when Smirnovas has shown any effort at all to comply with this Court's orders, apparently because he wants to return to the U.S. while the Body Attachment is pending.  To vacate the Body Attachment at this juncture would reward Defendants' outrageous conduct and prejudice U.S. Bank.  Based on Smirnovas' past conduct, U.S. Bank has little hope of Smirnovas abiding by this Court's orders without the Body Attachment providing "incentive" for his cooperation.  If Smirnovas is afraid of being arrested when he returns to the U.S., then he should stay at his current location until he complies with the Court's orders.

WHEREFORE, U.S. BANK EQUIPMENT FINANCE, a division of U.S. BANK NATIONAL ASSOCIATION respectfully requests that this Court deny Defendants ALEXONKA, INC.'s and ALEKSANDRAS SMIRNOVAS's Motion to Vacate Body Attachment Order.

Respectfully submitted,

U.S. BANK EQUIPMENT FINANCE, a division
of U.S. BANK NATIONAL ASSOCIATION


By:      /s/ Debra Devassy Babu

Alex Darcy (ARDC # 6220515)
Debra Devassy Babu (ARDC # 06282743)
Askounis & Darcy, PC
444 N. Michigan Avenue, Suite 3270
Chicago, IL 60611
(312)784-2400 (t)
(312)784-2410 (f)
adarcy@askounisdarcy.com
ddevassy@askounisdarcy.com

## Debbie Devassy

| | |
|---|---|
| **From:** | Abe Brustein <abrustein@dimontelaw.com> |
| **Sent:** | Tuesday, May 12, 2020 11:49 AM |
| **To:** | Debbie Devassy; Alex Darcy |
| **Cc:** | Jenna M. Jarke |
| **Subject:** | U B Bank and Alexonka |
| | |
| **Importance:** | High |



Debbie and Alex,

I received a telephone call from Mr. Smirnovas this morning.  There was a fire at about 4:00 am this morning in the yard at 1110 Manhattan, Joliet, where 6 of the U S Bank units are parked.  Two of the units are severely damaged. There is either a Wll County Sheriff's Dept.  or a Joliet Police Dept. Investigation (case no. 20 – 3717).  I do not yet have the insurance information.

Abe

Abraham Brustein
DiMonte & Lizak, LLC
216 W. Higgins Road
Park Ridge, IL 60068
Tel: (847) 698-9600 Ext. 221
Fax: (847) 698-9623
abrustein@dimontelaw.com
Mobile: (773) 339-0960

EXHIBIT

2













## Debbie Devassy

| | | |
|---|---|---|
| **From:** | Abe Brustein <abrustein@dimontelaw.com> |  |
| **Sent:** | Thursday, May 14, 2020 2:49 PM | |
| **To:** | Debbie Devassy; Alex Darcy | |
| **Cc:** | Jenna M. Jarke | |
| **Subject:** | RE: U B Bank and Alexonka | |

There is no insurance coverage for the damaged property.  I was told the building on the property was not damaged.

Abraham Brustein
DiMonte & Lizak, LLC
216 W. Higgins Road
Park Ridge, IL 60068
Tel: (847) 698-9600 Ext. 221
Fax: (847) 698-9623
abrustein@dimontelaw.com
Mobile: (773) 339-0960

**From:** Debbie Devassy <ddevassy@askounisdarcy.com>
**Sent:** Thursday, May 14, 2020 2:17 PM
**To:** Abe Brustein <abrustein@dimontelaw.com>; Alex Darcy <adarcy@askounisdarcy.com>
**Cc:** Jenna M. Jarke <JJarke@dimontelaw.com>
**Subject:** RE: U B Bank and Alexonka

Abe,

Just checking in to see if you have information on insurance that may cover the damaged trucks?  Was the real property on the lot damaged?

Thanks
Debbie

**From:** Debbie Devassy
**Sent:** Tuesday, May 12, 2020 5:51 PM
**To:** Abe Brustein <abrustein@dimontelaw.com>; Alex Darcy <adarcy@askounisdarcy.com>
**Cc:** Jenna M. Jarke <JJarke@dimontelaw.com>
**Subject:** RE: U B Bank and Alexonka

Thanks

**From:** Abe Brustein <abrustein@dimontelaw.com>
**Sent:** Tuesday, May 12, 2020 4:36 PM
**To:** Debbie Devassy <ddevassy@askounisdarcy.com>; Alex Darcy <adarcy@askounisdarcy.com>
**Cc:** Jenna M. Jarke <JJarke@dimontelaw.com>
**Subject:** RE: U B Bank and Alexonka

The damages trucks are those with the VIN ending in 8134 and4092.

Abraham Brustein
DiMonte & Lizak, LLC
216 W. Higgins Road
Park Ridge, IL 60068
Tel: (847) 698-9600 Ext. 221
Fax: (847) 698-9623
abrustein@dimontelaw.com
Mobile: (773) 339-0960

---

**From:** Debbie Devassy <ddevassy@askounisdarcy.com>
**Sent:** Tuesday, May 12, 2020 12:12 PM
**To:** Abe Brustein <abrustein@dimontelaw.com>; Alex Darcy <adarcy@askounisdarcy.com>
**Cc:** Jenna M. Jarke <JJarke@dimontelaw.com>
**Subject:** RE: U B Bank and Alexonka

Thank you.  When you have the VIN information for the damaged units, please provide the same.

Debbie

---

**From:** Abe Brustein <abrustein@dimontelaw.com>
**Sent:** Tuesday, May 12, 2020 12:07 PM
**To:** Debbie Devassy <ddevassy@askounisdarcy.com>; Alex Darcy <adarcy@askounisdarcy.com>
**Cc:** Jenna M. Jarke <JJarke@dimontelaw.com>
**Subject:** RE: U B Bank and Alexonka

I believe that the security camera video or film is now in the custody of the investigative body.

Abraham Brustein
DiMonte & Lizak, LLC
216 W. Higgins Road
Park Ridge, IL 60068
Tel: (847) 698-9600 Ext. 221
Fax: (847) 698-9623
abrustein@dimontelaw.com
Mobile: (773) 339-0960

---

**From:** Debbie Devassy <ddevassy@askounisdarcy.com>
**Sent:** Tuesday, May 12, 2020 12:03 PM
**To:** Abe Brustein <abrustein@dimontelaw.com>; Alex Darcy <adarcy@askounisdarcy.com>
**Cc:** Jenna M. Jarke <JJarke@dimontelaw.com>
**Subject:** RE: U B Bank and Alexonka
**Importance:** High

Abe,

Thanks for your email.

We hereby demand that your clients preserve any and all evidence related to the fire, including, but not limited to, any security footage from the yard located at 1110 Manhattan, Joliet.  Please provide the insurance information when you have it.  I will reach out to US Bank on the insurance as well.

Thanks,
Debbie

**Debbie Devassy Babu**
Askounis & Darcy PC
444 North Michigan Avenue, Suite 3270
Chicago, IL 60611
Telephone: 312.784.2400
Facsimile: 312.784.2410
Mobile: 630.631.9225
ddevassy@askounisdarcy.com
www.askounisdarcy.com



---

**From:** Abe Brustein <abrustein@dimontelaw.com>
**Sent:** Tuesday, May 12, 2020 11:49 AM
**To:** Debbie Devassy <ddevassy@askounisdarcy.com>; Alex Darcy <adarcy@askounisdarcy.com>
**Cc:** Jenna M. Jarke <JJarke@dimontelaw.com>
**Subject:** U B Bank and Alexonka
**Importance:** High

Debbie and Alex,

I received a telephone call from Mr. Smirnovas this morning.  There was a fire at about 4:00 am this morning in the yard at 1110 Manhattan, Joliet, where 6 of the U S Bank units are parked.  Two of the units are severely damaged. There is either a Wll County Sheriff's Dept.  or a Joliet Police Dept. Investigation (case no. 20 – 3717).  I do not yet have the insurance information.

Abe

Abraham Brustein
DiMonte & Lizak, LLC
216 W. Higgins Road
Park Ridge, IL 60068
Tel: (847) 698-9600 Ext. 221
Fax: (847) 698-9623
abrustein@dimontelaw.com
Mobile: (773) 339-0960























EXHIBIT

5

# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## ORDER

July 18, 2013

Before

FRANK H. EASTERBROOK, *Chief Judge*
WILLIAM J. BAUER, *Circuit Judge*
DAVID F. HAMILTON, *Circuit Judge*

| | |
|---|---|
| No.: 05-1362 | NATIONAL LABOR RELATIONS BOARD, Petitioner<br><br>v.<br><br>HH3 TRUCKING, INCORPORATED, GRETCHEN HUDSON, an individual, and WILLIAM HUDSON, an individual, Respondents |
| No.: 05-4075 | NATIONAL LABOR RELATIONS BOARD, Petitioner<br><br>v.<br><br>HH3 TRUCKING, INCORPORATED, GRETCHEN HUDSON, and WILLIAM HUDSON, Respondents |
| **Originating Case Information:** | |
| Agency Case Nos: 33-CA-14374, 33-CA-14571, 33-CA-14616, 33-CA-14650, 33-CA-14671, and 33-CA-14737<br>National Labor Relations Board | |

Upon consideration of the Order issued by Judge Kim on July 17, 2013,

Nos. 05-1362 and 05-4075                                                    Page 2

**IT IS ORDERED** that William and Gretchen Hudson are temporarily **RELEASED** from custody to permit them to assist counsel in securing documentary evidence regarding their ability or inability to comply with this court's judgments and contempt order. The Hudsons shall remain on home confinement in their Rockford, Illinois residence until Judge Kim is able to certify either that the Hudsons have caused themselves fully to comply with this court's judgments and contempt adjudication or that they have clearly demonstrated that they are unable to comply. When one of these two things comes to pass, the NLRB is invited to make a submission in order to permit Judge Kim to make a timely recommendation.

form name: **c7_Order_3J** (form ID: **177**)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION



KIMBERLY  ACHORS,                                )
                                                 )
                              Plaintiff,          )
                                                 )
              vs.                                )        No. 1:15-cv-02052-SEB-MPB
                                                 )
FCA US, LLC doing business as KOKOMO             )
TRANSMISSION PLANT,                              )
                                                 )
                              Defendant.          )

**MAGISTRATE JUDGE'S ENTRY ON
SHOW CAUSE HEARING AND WRIT OF BODY ATTACHMENT
HELD APRIL 12, 2017**

This matter came before the Honorable Matthew P. Brookman, United States Magistrate

Judge, at 2:00 p.m. (EST), on April 12, 2017, pursuant to an Order to Show Cause and a

subsequently issued Writ of Body Attachment for Yvonne Dean [Dkt. No. 56 and 57].  Plaintiff

was represented by counsel Paul Logan, Defendant was represented by Michael Padgett.  Non-

party, Yvonne Dean, appeared pursuant to the Writ executed by the U.S. Marshal.

Ms. Dean confirmed that her current address is 612 West 6th Street, Marion, Indiana,

46953.  The Court discharged the Show Cause Order and the Writ of Body Attachment and

ordered Ms. Dean to be released at the conclusion of her deposition, which counsel for the

parties conducted immediately following the hearing.

Counsel for the plaintiff orally moved for the renewal of award for sanctions in the form

of reasonable attorney fees.  The Court granted leave for the plaintiff to renew the request by

written motion, which must also be served upon Ms. Dean.


Dated:  April 12, 2017

_____
Matthew P. Brookman
United States Magistrate Judge
Southern District of Indiana

Distribution:

Melissa K. Taft
JACKSON LEWIS P.C. - Indianapolis
melissa.taft@jacksonlewis.com

Michael W. Padgett
JACKSON LEWIS P.C. - Indianapolis
padgettm@jacksonlewis.com

John H. Haskin
JOHN H. HASKIN & ASSOCIATES
jhaskin@jhaskinlaw.com

Paul Anthony Logan
JOHN H. HASKIN & ASSOCIATES
plogan@jhaskinlaw.com

# IN THE UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

U.S. Bank Equipment Finance

,

Plaintiff(s),

v.

Alexonka, Inc., Aleksandras Smirnovas,

Defendant(s).

Case No.  19-cv-06652
Judge  Sharon Johnson Coleman

## **ORDER**

The Court orders  body attachment as to defendants Alexonka, Inc. and Aleksandras Smirnovas for
for failure to comply to this court's order.

Date:  1/10/2020

/s/Sharon Johnson Coleman
Sharon Johnson Coleman
United States District Judge

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| U.S. BANK EQUIPMENT FINANCE, a division | ) | |
| of U.S. BANK NATIONAL ASSOCIATION, | ) | Case No.: 1:19-cv-06652 |
| | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | |
| ALEXONKA, INC. and | ) | |
| ALEKSANDRAS SMIRNOVAS, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER TO SHOW CAUSE AND FOR INDIRECT CIVIL CONTEMPT**

This cause coming to be heard on U.S. BANK EQUIPMENT FINANCE, a division of U.S.

BANK NATIONAL ASSOCIATION's ("U.S. Bank") Motion for Order to Show Cause and for

Indirect Civil Contempt (the "Motion")[Docket No. 14], all parties having been given due notice,

the Court being fully advised in the premises,

IT IS HEREBY ORDERED:

1. U.S. Bank's Motion is granted.

2. Defendant ALEXONKA, INC. ("Alexonka") is hereby ordered to assemble and surrender

   the following equipment within 14 days of entry of this order:

   One (1) 2015 Freightliner Truck, Model CA125SLP, VIN: 3AKJGLD59FSGH3251;
   One (1) 2015 Freightliner Truck, Model CA125SLP, VIN: 3AKJGLD50FSGH3252;
   One (1) 2015 Freightliner Truck, Model CA125SLP, VIN: 1FUJGLD51FLGG4040;
   One (1) 2015 Freightliner Truck, Model CASCADIA, VIN: 3AKJGLD54FSGD8133;
   One (1) 2015 Freightliner Truck, Model CASCADIA, VIN: 3AKJGLD56FSGD8134;
   One (1) 2015 Freightliner Semi Truck, Model CA125SLP, VIN: 1FUJGLD55FLGG4042;
   One (1) 2015 Freightliner Semi Truck, Model CA125SLP, VIN: 1FUJGLD59FLGG4044;
   One (1) 2015 Freightliner Semi Truck, Model CASCADIA, VIN: 3AKJGLD52FSGD8132;
   One (1) 2015 Freightliner Semi Truck, Model CA125SLP, VIN: 3AKJGLD53FSGG4092;
   One (1) 2015 Freightliner Semi Truck, Model CA125SLP, VIN: 3AKJGLD52FSGM7935.

1

3. Defendants ALEXONKA, INC. and ALEKSANDRAS SMIRNOVAS, as agent of Alexonka, are hereby ordered to appear on December 16, 2019 at 9am in Courtroom 1241 and show cause why Alexonka should not be held in civil contempt for its violation of the Court's Order of Detinue [Docket No. 11].

4. Defendant ALEXONKA, INC. is ordered to pay U.S. BANK EQUIPMENT FINANCE's attorneys' fees and costs incurred in enforcing the Order of Detinue and bringing the Motion.  U.S. Bank shall submit a Petition for Attorneys' Fees and Costs regarding the Motion within seven (7) days of entry of this order.

ENTERED:

_____

SHARON JOHNSON COLEMAN
UNITED STATES DISTRICT JUDGE

12/4/2019

_____

DATE

2

MIDP,SCHENKIER,TERMED

# United States District Court
## Northern District of Illinois - CM/ECF LIVE, Ver 6.3.3 (Chicago)
## CIVIL DOCKET FOR CASE #: 1:19-cv-06652

| | |
|---|---|
| U.S. Bank Equipment Finance v Alexonka, Inc. et al | Date Filed: 10/07/2019 |
| Assigned to: Honorable Sharon Johnson Coleman | Date Terminated: 07/20/2021 |
| Demand: $477,000 | Jury Demand: None |
| Cause: 28:1332 Diversity-Account Receivable | Nature of Suit: 190 Contract: Other |
| | Jurisdiction: Diversity |

**Plaintiff**

**U.S. Bank Equipment Finance**
*a division of U.S. Bank National Association*

represented by **Debra Devassy Babu**
Darcy & Devassy PC
444 N. Michigan Ave.
Suite 3270
Chicago, IL 60611
312/784-2400
Email: ddevassy@darcydevassy.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Charles Randall Woolley , II**
Darcy & Devassy PC
444 N Michigan Ave Ste 3270
Chicago, IL 60611
312/784-2400
Email: rwoolley@askounisdarcy.com
*ATTORNEY TO BE NOTICED*

**David Alexander Darcy**
Darcy & Devassy PC
444 N. Michigan Avenue
Suite 3270
Chicago, IL 60611
312-784-2400
Email: adarcy@darcydevassy.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Alexonka, Inc.**

represented by **Abraham Brustein**
DiMonte & Lizak
216 West Higgins Road
Park Ridge, IL 60068

(847) 698-9600
Email: abrustein@dimontelaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Derek D. Samz**
Golan Christie Taglia LLP
70 W. Madison St.
Ste. 1500
Chicago, IL 60602
(312) 263-2300
Email: DDSamz@GCT.law
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Aleksandras Smirnovas**                represented by   **Abraham Brustein**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Derek D. Samz**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 10/08/2019 | 1 | COMPLAINT filed by U.S. Bank Equipment Finance, a division of U.S. Bank National Association; Filing fee $ 400, receipt number 0752-16315353. (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit, # 5 Exhibit, # 6 Exhibit, # 7 Civil Cover Sheet)(Babu, Debra) (Entered: 10/08/2019) |
| 10/08/2019 | 2 | ATTORNEY Appearance for Plaintiff U.S. Bank Equipment Finance, a division of U.S. Bank National Association by Debra Devassy Babu (Babu, Debra) (Entered: 10/08/2019) |
| 10/08/2019 | 3 | ATTORNEY Appearance for Plaintiff U.S. Bank Equipment Finance, a division of U.S. Bank National Association by David Alexander Darcy (Darcy, David) (Entered: 10/08/2019) |
| 10/08/2019 |  | CASE ASSIGNED to the Honorable Sharon Johnson Coleman. Designated as Magistrate Judge the Honorable Sidney I. Schenkier. Case assignment: Random assignment. (axc, ) (Entered: 10/08/2019) |
| 10/08/2019 |  | SUMMONS Issued as to Defendants Alexonka, Inc., Aleksandras Smirnovas (jg, ) (Entered: 10/08/2019) |
| 10/09/2019 | 4 | NOTICE TO THE PARTIES - The Court is participating in the Mandatory Initial Discovery Pilot (MIDP). The key features and deadlines are set forth in this Notice which includes a link to the (MIDP) Standing Order and a Checklist |

| | | |
|---|---|---|
| | | for use by the parties. In cases subject to the pilot, all parties must respond to the mandatory initial discovery requests set forth in the Standing Order before initiating any further discovery in this case. Please note: The discovery obligations in the Standing Order supersede the disclosures required by Rule 26 (a)(1). Any party seeking affirmative relief must serve a copy of the following documents (Notice of Mandatory Initial Discovery and the Standing Order) on each new party when the Complaint, Counterclaim, Crossclaim, or Third-Party Complaint is served. (bg, ) (Entered: 10/09/2019) |
| 10/09/2019 | 5 | MOTION by Plaintiff U.S. Bank Equipment Finance for Replevin and Detinue (Attachments: # 1 Exhibit)(Babu, Debra) (Entered: 10/09/2019) |
| 10/09/2019 | 6 | NOTICE of Motion by Debra Devassy Babu for presentment of motion for miscellaneous relief 5 before Honorable Sharon Johnson Coleman on 10/23/2019 at 08:45 AM. (Babu, Debra) (Entered: 10/09/2019) |
| 10/14/2019 | 7 | SUMMONS Returned Executed by U.S. Bank Equipment Finance as to All Defendants on 10/10/2019, answer due 10/31/2019. . (Babu, Debra) Modified on 10/16/2019 (ym, ). (Entered: 10/14/2019) |
| 10/23/2019 | 8 | MINUTE entry before the Honorable Sharon Johnson Coleman: Motion hearing held on 10/23/2019. The Court enters and continues plaintiff's motion for replevin and detinue 5 until 9:00 a.m. on 10/28/19. Plaintiff must file a proposed order in relation to its motion on or before 10/25/19. Mailed notice. (ym, ) (Entered: 10/23/2019) |
| 10/25/2019 | 9 | ATTORNEY Appearance for Plaintiff U.S. Bank Equipment Finance by Charles Randall Woolley, II (Woolley, Charles) (Entered: 10/25/2019) |
| 10/28/2019 | 10 | MINUTE entry before the Honorable Sharon Johnson Coleman: Status hearing held on 10/28/2019. The Court grants in part and denies in part plaintiff's motion for replevin and detinue 5 . Enter Order. Mailed notice. (ym, ) (Entered: 10/28/2019) |
| 10/28/2019 | 11 | ORDER Signed by the Honorable Sharon Johnson Coleman on 10/28/2019. Mailed notice. (ym, ) (Entered: 10/28/2019) |
| 11/04/2019 | 12 | AFFIDAVIT of Service filed by Plaintiff U.S. Bank Equipment Finance regarding Detinue Order served on Alexonka, Inc. on October 29, 2019 (Babu, Debra) (Entered: 11/04/2019) |
| 11/06/2019 | 13 | MINUTE entry before the Honorable Sharon Johnson Coleman: Status hearing is set for 11/25/2019 at 9:00 AM. Mailed notice. (ym, ) (Entered: 11/06/2019) |
| 11/21/2019 | 14 | MOTION by Plaintiff U.S. Bank Equipment Finance For Order to Show Cause and For Indirect Civil Contempt (Attachments: # 1 Exhibit)(Babu, Debra) (Entered: 11/21/2019) |
| 11/21/2019 | 15 | NOTICE of Motion by Debra Devassy Babu for presentment of motion for miscellaneous relief 14 before Honorable Sharon Johnson Coleman on 11/26/2019 at 08:45 AM. (Babu, Debra) (Entered: 11/21/2019) |
| 11/21/2019 | 16 | MOTION by Plaintiff U.S. Bank Equipment Finance Motion for Default Judgment and Motion for an Order of Replevin (Attachments: # 1 Exhibit, # 2 |

| | | |
|---|---|---|
| | | Exhibit, # 3 Exhibit, # 4 Exhibit, # 5 Exhibit)(Babu, Debra) (Entered: 11/21/2019) |
| 11/21/2019 | 17 | NOTICE of Motion by Debra Devassy Babu for presentment of motion for miscellaneous relief 16 before Honorable Sharon Johnson Coleman on 11/26/2019 at 08:45 AM. (Babu, Debra) (Entered: 11/21/2019) |
| 11/25/2019 | 18 | AFFIDAVIT of Service filed by Plaintiff U.S. Bank Equipment Finance regarding Plaintiff's Motion for Order to Show Cause and For Indirect Civil Contempt served on Aleksandras Smirnovas on November 22, 2019 (Babu, Debra) (Entered: 11/25/2019) |
| 11/25/2019 | 19 | MINUTE entry before the Honorable Sharon Johnson Coleman: Status hearing held on 11/25/2019. Defendant did not appear nor contact the court. The presentment of plaintiff's motions for order to show cause 14 and for default judgment 16 set for 11/26/2019 at 8:45 AM to stand. Mailed notice. (ym, ) (Entered: 11/25/2019) |
| 11/26/2019 | 20 | MINUTE entry before the Honorable Sharon Johnson Coleman: Motion hearing held on 11/26/2019. Defendants did not appear nor contact the court. Plaintiff's motion for order to show cause 14 and for default judgment 16 are granted. Status hearing is set for 12/16/2019 at 9:00 AM. Mailed notice. (ym, ) (Entered: 11/26/2019) |
| 12/04/2019 | 21 | ORDER to Show Cause and for Indirect Civil Contempt Signed by the Honorable Sharon Johnson Coleman on 12/4/2019. Mailed notice. (ym, ) (Entered: 12/04/2019) |
| 12/04/2019 | 22 | JUDGMENT ORDER and Order for Replevin Signed by the Honorable Sharon Johnson Coleman on 12/4/2019. Mailed notice. (ym, ) (Entered: 12/04/2019) |
| 12/05/2019 | 23 | CERTIFICATE of Service by Debra Devassy Babu on behalf of U.S. Bank Equipment Finance regarding order 21 , order 22 (Babu, Debra) (Entered: 12/05/2019) |
| 12/09/2019 | 24 | AFFIDAVIT of Service filed by Plaintiff U.S. Bank Equipment Finance regarding Order to Show Cause 21 served on Aleksandras Smirnovas on 12/7/2019 (Babu, Debra) (Entered: 12/09/2019) |
| 12/16/2019 | 25 | MINUTE entry before the Honorable Sharon Johnson Coleman: Status hearing held on 12/16/2019. Plaintiff served the order to defendant. Plaintiff has not heard back from defendant. Plaintiff will attempt to serve defendant again. Status hearing is set for 1/8/2020 at 9:45 AM. Mailed notice. (ym, ) (Entered: 12/16/2019) |
| 01/08/2020 | 26 | MINUTE entry before the Honorable Sharon Johnson Coleman: Status hearing held on 1/8/2020. Counsel for plaintiff reports that defendant was served but no response has been received. Oral motion by plaintiff for a writ of body attachment is granted. Counsel will submit a writ to the court for issuance with the Clerk's Office. Mailed notice. (ym, ) (Entered: 01/09/2020) |
| 01/10/2020 | 27 | ORDER: The Court orders body attachment as to defendants Alexonka, Inc. and Aleksandras Smimovas for for failure to comply to this court's order. Signed by |

| | | the Honorable Sharon Johnson Coleman on 1/10/2020. Mailed notice(pk, ) (Entered: 01/10/2020) |
|---|---|---|
| 03/16/2020 | 31 | ORDER Amended General Order 20-0012 IN RE: CORONAVIRUS COVID-19 PUBLIC EMERGENCY Signed by the Chief Judge Rebecca R. Pallmeyer on March 16, 2020. All open cases are impacted by this Amended General Order. See attached Order for guidance.Signed by the Honorable Rebecca R. Pallmeyer on 3/16/2020: Mailed notice. (ecw, ) (Entered: 03/17/2020) |
| 03/30/2020 | 32 | ORDER Seconded Amended General Order 20-0012 IN RE: CORONAVIRUS COVID-19 PUBLIC EMERGENCY Signed by the Chief Judge Rebecca R. Pallmeyer on March 30, 2020. All open cases are impacted by this Second Amended General Order. Amended General Order 20-0012, entered on March 17, 2020, and General Order 20-0014, entered on March 20, 2020, are vacated and superseded by this Second Amended General. See attached Order for guidance.Signed by the Honorable Rebecca R. Pallmeyer on 3/30/2020: Mailed notice. (docket12, ) (Entered: 03/31/2020) |
| 04/24/2020 | 33 | ORDER Third Amended General Order 20-0012 IN RE: CORONAVIRUS COVID-19 PUBLIC EMERGENCY Signed by the Chief Judge Rebecca R. Pallmeyer on April 24, 2020. All open cases are impacted by this Third Amended General Order. Parties are must carefully review all obligations under this Order, including the requirement listed in paragraph number 5 to file a joint written status report in most civil cases. See attached Order. Signed by the Honorable Rebecca R. Pallmeyer on 4/24/2020: Mailed notice. (docket6, ) (Entered: 04/27/2020) |
| 05/08/2020 | 34 | NOTIFICATION of Affiliates pursuant to Local Rule 3.2 by U.S. Bank Equipment Finance (Babu, Debra) (Entered: 05/08/2020) |
| 05/15/2020 | 35 | STATUS Report by U.S. Bank Equipment Finance (Babu, Debra) (Entered: 05/15/2020) |
| 05/23/2020 | 36 | ATTORNEY Appearance for Defendants Alexonka, Inc., Aleksandras Smirnovas by Abraham Brustein (Brustein, Abraham) (Entered: 05/23/2020) |
| 05/23/2020 | 37 | ATTORNEY Appearance for Defendants Alexonka, Inc., Aleksandras Smirnovas by Derek D. Samz (Samz, Derek) (Entered: 05/23/2020) |
| 05/23/2020 | 38 | NOTICE by Alexonka, Inc., Aleksandras Smirnovas re attorney appearance 36 , attorney appearance 37 (Brustein, Abraham) (Entered: 05/23/2020) |
| 05/23/2020 | 39 | MOTION by Defendants Alexonka, Inc., Aleksandras Smirnovas to vacate order 27 (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F)(Brustein, Abraham) (Entered: 05/23/2020) |
| 05/23/2020 | 40 | NOTICE of Motion by Abraham Brustein for presentment of motion to vacate 39 before Honorable Sharon Johnson Coleman on 6/2/2020 at 08:45 AM. (Brustein, Abraham) (Entered: 05/23/2020) |
| 05/26/2020 | 41 | MINUTE entry before the Honorable Sharon Johnson Coleman: Plaintiff to file a response to defendants' motion to vacate body attachment order 39 by 6/16/2020. No appearance necessary on 6/2/2020. Mailed notice. (ym, ) (Entered: 05/26/2020) |

| 05/26/2020 | 42 | ORDER ORDER Fourth Amended General Order 20-0012 IN RE: CORONAVIRUS COVID-19 PUBLIC EMERGENCY Signed by the Chief Judge Rebecca R. Pallmeyer on May 26, 2020. This Order does not extend or modify any deadlines set in civil cases. For non-emergency motions, no motion may be noticed for presentment on a date earlier than July 15, 2020. See attached Order. Signed by the Honorable Rebecca R. Pallmeyer on 5/26/2020: Mailed notice. (docket7, ) (Entered: 05/26/2020) |
|---|---|---|
| 06/08/2020 | 43 | NOTIFICATION of Affiliates pursuant to Local Rule 3.2 by U.S. Bank Equipment Finance (Attachments: # 1 Notice of Filing Notice of Filing and Certificate of Service)(Babu, Debra) (Entered: 06/08/2020) |
| 06/15/2020 | 44 | RESPONSE by U.S. Bank Equipment Financein Opposition to MOTION by Defendants Alexonka, Inc., Aleksandras Smirnovas to vacate order 27 39 (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6)(Babu, Debra) (Entered: 06/15/2020) |
| 06/15/2020 | 45 | NOTICE by U.S. Bank Equipment Finance re response in opposition to motion, 44 (Babu, Debra) (Entered: 06/15/2020) |
| 06/16/2020 | 46 | MOTION by Defendants Alexonka, Inc., Aleksandras Smirnovas for leave to file *Reply Brief* (Brustein, Abraham) (Entered: 06/16/2020) |
| 06/16/2020 | 47 | NOTICE of Motion by Abraham Brustein for presentment of motion for leave to file 46 before Honorable Sharon Johnson Coleman on 7/15/2020 at 08:45 AM. (Brustein, Abraham) (Entered: 06/16/2020) |
| 06/17/2020 | 48 | MINUTE entry before the Honorable Sharon Johnson Coleman: Defendants' motion for leave to file a reply brief 46 is granted. Defendants' reply to their motion to vacate order 39 is due on or before 6/25/2020. No appearance necessary on 7/15/2020. Mailed notice. (ym, ) (Entered: 06/17/2020) |
| 06/24/2020 | 49 | REPLY by Defendants Alexonka, Inc., Aleksandras Smirnovas to motion to vacate 39 (Attachments: # 1 Exhibit A)(Brustein, Abraham) (Entered: 06/24/2020) |
| 06/24/2020 | 50 | NOTICE by Alexonka, Inc., Aleksandras Smirnovas re reply 49 (Brustein, Abraham) (Entered: 06/24/2020) |
| 07/10/2020 | 51 | ORDER Fifth Amended General Order 20-0012 IN RE: CORONAVIRUS COVID-19 PUBLIC EMERGENCY Signed by the Chief Judge Rebecca R. Pallmeyer on July 10, 2020. This Order does not extend or modify any deadlines set in civil cases. No motions may be noticed for in-person presentment; the presiding judge will notify parties of the need, if any, for a hearing by electronic means or in-court proceeding. See attached Order. Signed by the Honorable Rebecca R. Pallmeyer on 7/10/2020: Mailed notice. (Clerk6, Docket) (Entered: 07/10/2020) |
| 07/29/2020 | 52 | SUPPLEMENT by Defendants Alexonka, Inc., Aleksandras Smirnovas to Motion to Vacate Body Attachment Order 39 . (Brustein, Abraham) (Docket Text Modified by Clerk's Office on 7/29/2020) (ym, ). (Entered: 07/29/2020) |
| 07/29/2020 | 53 | |

| | | |
|---|---|---|
| | | NOTICE by Alexonka, Inc., Aleksandras Smirnovas re MOTION by Defendants Alexonka, Inc., Aleksandras Smirnovas to supplement *Defendants' Motion to Vacate Body Attachment Order* 52 (Brustein, Abraham) (Entered: 07/29/2020) |
| 07/29/2020 | 54 | NOTICE of Correction regarding document 52 . (ym, ) (Entered: 07/29/2020) |
| 08/31/2020 | 55 | SUPPLEMENT to *Second Supplement to Defendants' Motion to Vacate Body Attachment Order* (Attachments: # 1 Exhibit 1)(Brustein, Abraham) (Entered: 08/31/2020) |
| 08/31/2020 | 56 | NOTICE by Alexonka, Inc., Aleksandras Smirnovas re supplement 55 (Brustein, Abraham) (Entered: 08/31/2020) |
| 10/02/2020 | 57 | MINUTE entry before the Honorable Sharon Johnson Coleman: Over plaintiff's objection, the Court grants defendant's motion to vacate the body attachment order to judicially expedite this matter 39 . Status hearing set for 10/20/2020 at 9:15 AM and will proceed by telephone conference. The call-in number is (877) 336-1829 and the access code is 5205245. Members of the public and media will be able to call in to listen to this hearing. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. The parties are to file a joint status report in the format described on the court's website at www.ilnd.uscourts.gov at least 3 business days prior to the status. Mailed notice. (ym, ) (Entered: 10/02/2020) |
| 10/02/2020 | 58 | MINUTE entry before the Honorable Sharon Johnson Coleman: Defendant and his counsel are to be present at the telephonic hearing that is set for 10/20/2020. Mailed notice. (ym, ) (Entered: 10/02/2020) |
| 10/16/2020 | 59 | STATUS Report *Joint Status Report* by U.S. Bank Equipment Finance (Attachments: # 1 Notice of Filing and Certificate of Service)(Babu, Debra) (Entered: 10/16/2020) |
| 10/20/2020 | 60 | MINUTE entry before the Honorable Sharon Johnson Coleman: Telephonic status hearing held on 10/20/2020. Plaintiff will work with the repossession agent to compile a list of the seven trucks that were returned with VIN numbers and the parts that are missing from each truck to be submitted to counsel for defendants within 14 days. Telephonic status hearing is set for 11/20/2020 at 10:00 AM. The call-in number is (877)336-1829 and the access code is 5205245. Members of the public and media will be able to call in to listen to this hearing. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice. (ym, ) (Entered: 10/20/2020) |
| 11/20/2020 | 61 | MINUTE entry before the Honorable Sharon Johnson Coleman: Telephonic status hearing held on 11/20/2020. Counsel for plaintiff reports that 3 out of the |

| | | |
|---|---|---|
| | | 7 trucks had the cabs and frames switched and discovery will need to be done. Telephonic status hearing is set for 1/29/2021 at 9:15 AM. The call-in number is (877)336-1829 and the access code is 5205245. Members of the public and media will be able to call in to listen to this hearing. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. The parties are to file a status report at least 3 business days prior to the status. Mailed notice. (ym, ) (Entered: 11/20/2020) |
| 01/25/2021 | 62 | STATUS Report *Joint* by U.S. Bank Equipment Finance (Attachments: # 1 Notice of Filing)(Babu, Debra) (Entered: 01/25/2021) |
| 01/26/2021 | 63 | MINUTE entry before the Honorable Sharon Johnson Coleman: Telephone status hearing set for 1/29/2021 is stricken and reset to 2/12/2021 at 10:00 AM. The call-in number is (877)336-1829 and the access code is 5205245. Members of the public and media will be able to call in to listen to this hearing. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice. (ym, ) (Entered: 01/26/2021) |
| 02/12/2021 | 64 | MINUTE entry before the Honorable Sharon Johnson Coleman: Telephone status hearing held on 2/12/2021. Defendant to file his motion to vacate writ of body attachment by 2/26/2021. Plaintiff's response to be filed by 3/19/2021. Defendant's reply to be filed 3/29/2021. Once the matter is fully briefed, the Court will set a date for oral argument if necessary. Telephone status hearing is set for 5/18/2021 at 9:45 AM. The call-in number is (877)336-1829 and the access code is 5205245. Members of the public and media will be able to call in to listen to this hearing. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice. (ym, ) (Entered: 02/12/2021) |
| 03/04/2021 | 65 | Notice of Defendant's Election Not to File Motion for Finding That Contempt Has Been Purged by Aleksandras Smirnovas (Attachments: # 1 Notice of Filing) (Brustein, Abraham) (Entered: 03/04/2021) |
| 03/04/2021 | 66 | MINUTE entry before the Honorable Sharon Johnson Coleman: Telephone status hearing set for 5/18/2021 is stricken and reset to 3/26/2021 at 9:45 AM. The call-in number is (877)336-1829 and the access code is 5205245. Members of the public and media will be able to call in to listen to this hearing. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of |

| | | court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice. (ym, ) (Entered: 03/04/2021) |
|---|---|---|
| 03/17/2021 | 67 | MINUTE entry before the Honorable Sharon Johnson Coleman: The parties are to file a joint status report in the format described on the court's website at www.ilnd.uscourts.gov by March 23, 2021. Mailed notice. (ym, ) (Entered: 03/17/2021) |
| 03/23/2021 | 68 | STATUS Report by U.S. Bank Equipment Finance (Attachments: # 1 Notice of Filing)(Babu, Debra) (Entered: 03/23/2021) |
| 03/23/2021 | 69 | STATUS Report by Alexonka, Inc., Aleksandras Smirnovas (Attachments: # 1 Notice of Filing)(Brustein, Abraham) (Entered: 03/23/2021) |
| 03/26/2021 | 70 | MINUTE entry before the Honorable Sharon Johnson Coleman: Telephone status hearing held on 3/26/2021. Brief oral arguments held. The matter is taken under advisement and the Court will issue a ruling by mail. Mailed notice. (ym, ) (Entered: 03/26/2021) |
| 07/09/2021 | 71 | MOTION by Attorney Abraham Brustein and Derek Samz to withdraw as attorney for Alexonka, Inc., Aleksandras Smirnovas. No party information provided (Brustein, Abraham) (Entered: 07/09/2021) |
| 07/09/2021 | 72 | NOTICE of Motion by Abraham Brustein for presentment of motion to withdraw as attorney 71 before Honorable Sharon Johnson Coleman on 7/23/2021 at 09:15 AM. (Brustein, Abraham) (Entered: 07/09/2021) |
| 07/14/2021 | 73 | MINUTE entry before the Honorable Sharon Johnson Coleman: Presentment of attorneys Abraham Brustein and Derek Samz's motion to withdraw as attorneys for defendant Alexonka, Inc. set for 7/23/2021 at 9:15 AM will proceed as an in-person hearing in courtroom 1241. Defendant Alexonka, Inc. or a representative for Alexonka to be present at the hearing. Mailed notice. (ym, ) (Entered: 07/14/2021) |
| 07/16/2021 | 74 | MINUTE entry before the Honorable Sharon Johnson Coleman: Presentment of attorneys Abraham Brustein and Derek Samz's motion to withdraw as attorneys for defendant Alexonka, Inc. 71 set for 7/23/2021 is stricken and reset to 7/21/2021 at 9:45 AM as an in-person hearing. Defendant Alexonka, Inc. or a representative for Alexonka to be present at the hearing. Mailed notice. (ym, ) (Entered: 07/16/2021) |
| 07/20/2021 | 75 | MINUTE entry before the Honorable Sharon Johnson Coleman: Because the Court entered the judgment order and order for replevin in the amount of $511,884.67 on 12/4/2019 and plaintiff is not seeking sanctions in relation to defendant's failure to return all of its collateral or the Court's finding of contempt, this civil lawsuit is closed. Attorneys Abraham Brustein and David Samz's motion to withdraw as attorneys 71 is stricken as moot. Presentment hearing set for 7/21/2021 is stricken. Civil case terminated. Mailed notice. (ym, ) (Entered: 07/20/2021) |

| PACER Service Center | | |
|---|---|---|
| Transaction Receipt | | |
| 12/21/2021 13:15:41 | | |
| **PACER Login:** | vp0004:2658949:0 | **Client Code:** 99999.99.0001-1481 |
| **Description:** | Docket Report | **Search Criteria:** 1:19-cv-06652 |
| **Billable Pages:** | 7 | **Cost:** 0.70 |